# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

159284

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DALE EDWARD BUSH,
       Defendant-Appellant.

_____/

SC: 159284
COA: 346736
Kalamazoo CC: 15-001304-FC

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

      On order of the Court, the application for leave to appeal the January 25, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019



Clerk

p0911